# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Jose Luis Guzman, Jr.**; DOB: 1999; United States<br>**Joey Shane Bennett**; DOB: 1999; United States<br>**Casimiro Rivera**; DOB: 2000; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>**19-03653MJ** |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about December 6, 2019, in the District of Arizona, **Jose Luis Guzman, Jr., Joey Shane Bennett,** and **Casimiro Rivera**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, namely Sergio Arellano-Velazquez, Ernesto Ibarra-Macias, and Agustin Reyes-Flores, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A); 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about December 6, 2019, in the District of Arizona, a vehicle entered the primary inspection lane at the State Route 85 checkpoint, with three individuals inside. The driver, later identified as **Jose Luis Guzman, Jr.**, was referred to secondary, where BPA opened the trunk and discovered three illegal aliens inside, namely Sergio Arellano-Velazquez, Ernesto Ibarra-Macias, and Agustin Reyes-Flores. All three were determined to be citizens of Mexico, in the country illegally. The other two passengers in the vehicle were identified as **Casimiro Rivera** and **Joey Shane Bennett**. Upon further search of the vehicle, BPAs found a loaded pistol in the jacket that **Casimiro Rivera** was previously wearing.

In a post-*Miranda* interview, **Joey Shane Bennett** admitted he was hired to pick up the illegal aliens, and would be paid $1,000. He asked **Guzman** to drive for him, and said he would split the money with him. **Bennett** stated they picked up **Rivera** on their way. They drove to a pickup location, where three men got into the vehicle. **Bennett** stated he later pulled over and had the three aliens get into the trunk, when he received instructions over the phone from his "boss."

In a post-*Miranda* interview, **Rivera** stated **Bennett** picked him up and told him they were going to smuggle the illegal aliens, and that they would split the money they would be receiving.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:** Sergio Arellano-Velazquez, Ernesto Ibarra-Macias, and Agustin Reyes-Flores

| Detention Requested<br>Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/lmw | SIGNATURE OF COMPLAINANT<br><br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn to before one and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Leslie A. Bowman* | DATE<br>December 9, 2019 |

1) See Federal rules of Criminal Procedure Rules 3 and 54